BENJAMIN B. WAGNER
United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:15-MJ- 00060-JLT |
| Plaintiff, | ORDER TO UNSEAL COMPLAINT AND AFFIDAVIT |
| v. | |
| CARLOS GERADO BLANCO, SALVADOR MORALES, JOSE ALEJANDRO JACOBO, JOSEFINA BLANCO, JUSTIN ALAN RIVERA, HENRY POLIN MORALES, III, | |
| Defendants. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

Dated:   **December 10, 2015**          /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE

1