SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
4974 N. Fresno St., #551
Fresno, California, 93726
Telephone: 559.233.1000
Facsimile: 559.702.6697
Email: salsciandra@sbcglobal.net

Attorney for Defendant, CARLOS GERARDO BLANCO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS GERARDO BLANCO,<br>    Defendant. | CASE NO: 1:15-cr-00352 LJO<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER<br><br>[Proposed] Date: October 30, 2017<br>Time: 8:30 AM<br>Courtroom: LAWRENCE J. O'NEILL |

The parties hereto, by and through their respective attorneys, stipulate that the sentencing hearing in this action be continued from October 16, 2017 to October 30, 2017 at the hour of 8:30 am before the Honorable Lawrence J. O'Neill. The defendant's Informal Objections to be due on or before October 2, 2017. Formal Objections to be filed with the court on or before October 16, 2017. This stipulation is needed because the defendant's counsel for Mr. Blanco has been on vacation since September 5, 2017 and will not return to Fresno until September 16. Mr. Blanco's informal objections are currently due on or before September 18, 2017. The current schedule will not give counsel enough time to meet with Mr. Blanco to go over the PSR with him and to prepare informal and formal objections.

/ / /

STIPULATION TO CONTINUE SENTENCING

| | |
|---|---|
| Dated: September 15, 2017 | /s/ Salvatore Sciandra<br>Attorney for Defendant<br>CARLOS GERARDO BLANCO |
| Dated: September 15, 2017 | Phillip Talbert<br>Acting United States Attorney<br>By: /s/ Brian Delaney<br>Approved by Email on September 13, 2017 |

## ORDER

The court has reviewed and considered the stipulation of the parties and good cause appearing, IT IS ORDERED that the sentencing hearing in this matter be set on October 30, 2017 at 8:30 AM. The defendant's Informal Objections to be due on or before October 2, 2017. Formal Objections to be filed with the Court on or before October 16, 2017

IT IS SO ORDERED.

Dated: __September 15, 2017__     ____/s/ Lawrence J. O'Neill_____
                                                            UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING